

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00132-CR

| | | |
|---|---|---|
| SHAQUITA GALLOWAY, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1472654D) |
| v. | § | May 23, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment to delete the word "intentionally" from the description of the "Offense for which Defendant Convicted." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack